**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 95-cr-00260-EWN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JEFFERY TONEY

        Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

        On January 20, 2006, the Probation Department was advised that the defendant had submitted a motion to the Court requesting early termination of supervision in this case twelve months prior to the scheduled termination date.  The Probation Department does not object to the proposed relief.  On February 22, 2006, the Probation Department was advised that the Government does not object to the proposed relief.

        Accordingly, it is:

        ORDERED that the defendant be discharged from supervised release and that the proceedings in this case be terminated.

        DATED at Denver, Colorado, this <u>23rd</u> day of February, 2006.

        BY THE COURT:

        <u>s/ Edward W. Nottingham</u>
        Edward W. Nottingham
        United States District Judge